1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   GLENN A. FRIEDMAN, SB# 104442
2     Email: Glenn.Friedman@lewisbrisbois.com
   ROBERT FARRELL, SB# 107461
3     Email: Robert.Farrell@lewisbrisbois.com
   45 Fremont Street, Suite 3000
4  San Francisco, California 94105
   Telephone: 415.362.2580
5  Facsimile:  415.434.0882

6  **PALADIN LAW GROUP® LLP**
   BRET A. STONE, SB #190161
7     Email: bstone@paladinlaw.com
   KIRK M. TRACY, SB# 288508
8     Email: ktracy@paladinlaw.com
   BRIAN R. PAGET, SB# 168694
9     Email: bpaget@paladinlaw.com
   1176 Boulevard Way
10 Walnut Creek, California 94595
   Telephone: 805.898.9700
11
   Attorneys for Defendants, Cross-Complainants, and Third
12 Party Complainants,
   TONG MUN YI, trustee of the 2010 Jin Ho Yi and Tong
13 Mun Yi Revocable Trust; and SANG HOON YI

14

15

16              THE UNITED STATES DISTRICT COURT

17        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

18

19 
   SHP QUITO VILLAGE, LLC,                  Case No.: 23-cv-02120-JSC
20
              Plaintiff,                    **STIPULATION FOR (1) DISMISSAL
21                                          WITH PREJUDICE OF PLAINTIFF'S
       vs.                                  SECOND AMENDED COMPLAINT
22                                          AGAINST YI DEFENDANTS AND YI
                                            DEFENDANTS' COUNTERCLAIM,
23 TONG MUN YI, *et al*.,                   CROSS CLAIM AND THIRD PARTY
                                            COMPLAINT, AND (2) AN ORDER
24            Defendants.                   ALLOWING THE FILING OF A
                                            THIRD AMENDED COMPLAINT;
25                                          [PROPOSED] ORDER**

26 
27 AND RELATED CROSS-ACTIONS

28

STIPULATION FOR DISMISSAL OF SECOND AMENDED COMPLAINT AND COUNTERCLAIMS AND
[PROPOSED] ORDER TO ALLOW THE FILING OF A THIRD AMENDED COMPLAINT

WHEREAS, Plaintiff SHP Quito Village, LLC ("Plaintiff") filed its initial Complaint on May 1, 2023 [Dkt. No. 1], filed its First Amended Complaint on May 30, 2023 [Dkt. No. 13], and filed its Second Amended Complaint on August 31, 2023 [Dkt. No. 21];

WHEREAS, Defendants and Third-Party Plaintiffs Tong Mun Yi, trustee of the 2010 Jin Ho Yi and Tong Mun Yi Revocable Trust, and Sang Hoon Yi (collectively, "Yi") filed their Answer [Dkt. No. 23] and Third-Party Complaint on September 19, 2023, naming Ernest H. Renzel, III, as Trustee under the Trust Agreement executed by E.H. Renzel, Jr., and Emily Renzel, his wife, dated March 27, 1959 ("Renzel"), Carson Estate Trust fka Carson Estate Company ("CET"), Pulte Homes LLC ("Pulte")[1], Quito-Saratoga Center Inc., and Thomas and Edith Stern[2] as a third-party defendants [Dkt. No. 24];

WHEREAS, on October 11, 2023, third-party defendant Renzel filed an answer to the Third-Party Complaint [Dkt. No. 36];

WHEREAS, on October 23, 2023, the Court stayed the case pursuant to a stipulation of the Parties for the parties to mediate;

WHEREAS, the Parties have mediated the case where a settlement was reached on behalf of Plaintiff, Yi and CET, subject to the Plaintiff adding Renzel as a defendant to its operative complaint, among other terms and conditions ("Settlement Agreement and Release");

---

[1] The real property at issue in this litigation, located at 18764-18850 Cox Avenue, was formerly comprised of one parcel, number 389-12-019, until it was subdivided into parcels 389-12-020 and 389-12-021 in approximately 2021. At present, Pulte is the owner of parcel 389-12-020, while Plaintiff remains the owner of parcel 389-12-021. By agreement of counsel, Pulte was served, but has not appeared in the action. Pulte did receive notice of and did not object to the Motion for Settlement Approval, Good Faith Settlement Determination and Claim Bar [Dkt. No. 56].

[2] Quito-Saratoga Center Inc. (allegedly an owner and landlord from 1980 to 1982) and Thomas and Edith Stern (allegedly owners and landlords from 1962 to 1980) were not served and have not appeared in the case.

- 2 -
STIPULATION FOR DISMISSAL OF SECOND AMENDED COMPLAINT AND COUNTERCLAIMS AND [PROPOSED] ORDER TO ALLOW THE FILING OF A THIRD AMENDED COMPLAINT

4866-9911-3162.2

WHEREAS, this Court has found that the Settlement Agreement and Release between Plaintiff, Yi and CET is in good faith and satisfies the requirements of California Code of Civil Procedure §877.6. [Dkt. No. 60];

WHEREAS, the settlement funds identified in the Settlement Agreement and Release ("settlement payment") were delivered to Plaintiff's counsel on June 14, 2024;

WHEREAS, under the Settlement Agreement and Release, Plaintiff and the Yi Defendants agreed to file a Stipulation for Dismissal with prejudice of (i) Plaintiff's Second Amended Complaint against the Yi Defendants and (ii) the Yi Defendants' Counterclaim and Third Party Complaint within 14 days of Plaintiff's receipt of the settlement payment;

WHEREAS, Renzel stipulates that it was an owner of the Property and landlord from approximately 1962 until 1980 and did business as Quito Shopping Center;

WHEREAS, the Parties by and through their counsel, have conferred and have agreed to permit the filing of a Third Amended Complaint to add Renzel as a named Defendant to Plaintiff's operative complaint as a prior owner of the real property at issue in this litigation, located at 18764-18850 Cox Avenue, in Saratoga, California;

WHEREAS, amending the pleading is in the interest of equity and judicial economy;

WHEREAS, Plaintiff represents and warrants that amendment of its Complaint will not impact or prejudice the settlement that Plaintiff has entered into with Yi and CET;

WHEREAS, Renzel has not opposed the settlement Plaintiff, Yi and CET entered into;

WHEREAS, Renzel represents and warrants that he will not file a Counterclaim, Cross-Claim or Third-Party Complaint against Plaintiff, Yi, CET and/or others; and

WHEREAS, Plaintiff and Renzel have agreed to stay the remaining action between them—initiated by the filing of the Third Amended Complaint—for an initial six months (and not to exceed

twelve months) to allow Plaintiff and Renzel to further investigate the matter;

IT IS HEREBY STIPULATED by and between the parties through their counsel of record that the Court enter the following Orders in this action:

1. An Order for Dismissal with prejudice of Plaintiff's Second Amended Complaint against the Yi Defendants, each party to bear their own fees and costs;
2. An Order for Dismissal with prejudice of the Yi Defendants' Counterclaim and Third Party Complaint against Carson and all other Third-Party Defendants in this action, each party to bear its own fees and costs; and
3. An Order for Dismissal without prejudice of the Yi Defendants' Crossclaim against Alfred and Virginia Fichera, each party to bear its own fees and costs.
4. Subject to the Court's approval, Plaintiff is properly permitted to file the Third Amended Complaint, a copy of which is attached hereto as Exhibit A; and
5. An order that this Action be stayed for six months.

IT IS SO STIPULATED.

Dated: June 25, 2024                    NIXON PEABODY LLP

                                        By: /s/ Alison B. Torbitt
                                            ALISON B. TORBITT
                                            DAWN N. VALENTINE
                                            STRATTON P. CONSTANTINIDES
                                            *Attorneys for Plaintiff*
                                            SHP Quito Village, LLC

Dated: June 25, 2024                    PALADIN LAW GROUP LLP

                                        By: /s/ Bret A. Stone
                                            BRET A STONE
                                            KIRK M. TRACY
                                            BRIAN R. PAGET
                                            *Attorneys for Defendants, Cross-Complainants and Third-Party Complainants*

|   |   |   |
|---|---|---|
| 1 |  | Tong Mun Yi, trustee of the 2010 Jin Ho Yi and Tong Mun Yi Revocable Trust; and Sang Hoon Yi |
| 2 |  |  |
| 3 | DATED: June 25, 2024 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 4 |  | By: */s/ Glenda A. Friedman*   |
| 5 |  | GLENN A. FRIEDMAN<br>ROBERT FARRELL |
| 6 |  | *Attorneys for Defendants, Cross-claimants, and Third Party Plaintiffs* TONG MUN YI, trustee of the 2010 Jin Ho Yi and Tong Mun Yi Revocable Trust; and SANG HOON YI |
| 7 |  |  |
| 8 |  |  |
| 9 | DATED: June 25, 2024 | MANATT, PHELPS & PHILLIPS, LLP |
| 10 |  | By: */s/ Peter Raymond Duchesneau*   <br>PETER RAYMOND DUCHESNEAU<br>*Attorneys for Third Party Defendant* CARSON ESTATE TRUST |
| 11 |  |  |
| 12 | DATED: June 25, 2024 | MURRAY M. SINCLAIR & ASSOCIATES |
| 13 |  | By: */s/ Murray M. Sinclair*   <br>MURRAY M. SINCLAIR<br>*Attorneys for Third Party Defendant* CARSON ESTATE TRUST |
| 14 |  |  |
| 15 |  |  |
| 16 | Dated: June 26, 2024 | J. ROBERT TAYLOR, ESQ. |
| 17 |  | By: */s/ J. Robert Taylor*   <br>J. Robert Taylor, Esq.<br>153 2ndStreet<br>Suite 101 Los Altos, California 94022<br>*Attorneys for Third-Party Defendant* ERNEST H. RENZEL, III, as Trustee under the Trust Agreement executed by E.H. Renzel, Jr., and Emily Renzel, his wife, dated March 27, 1959 |
| 18 |  |  |
| 19 |  |  |
| 20 |  |  |
| 21 |  |  |

- 5 -
STIPULATION FOR DISMISSAL OF SECOND AMENDED COMPLAINT AND COUNTERCLAIMS AND [PROPOSED] ORDER TO ALLOW THE FILING OF A THIRD AMENDED COMPLAINT

4866-9911-3162.2

[PROPOSED] ORDER

PURSUANT TO STIPULATION and good cause appearing:

Having reviewed the Parties' Stipulation for Dismissal with Prejudice of Plaintiff's Second Amended Complaint against the Yi Defendants and Yi Defendants' Counterclaim, Cross-Claim and Third Party Complaint and finding good cause thereon:

IT IS HEREBY ORDERED that:

1) Plaintiff's Second Amended Complaint against the Yi Defendants (Docket No. 21) is hereby dismissed with prejudice, each party to bear its own fees and costs;
2) The Yi Defendants' Counterclaim against Plaintiff and Third Party Complaint against Carson and all other Third-Party Defendants in this action (Docket No. 23 and 24) are hereby dismissed with prejudice, each party to bear its own fees and costs; and
3) The Yi Defendants' Crossclaim against Alfred and Virginia Finchera (Docket No. 23) is hereby dismissed without prejudice, each party to bear its own fees and costs.
4) Plaintiff's Third Amended Complaint is deemed filed and operative.
5) The Action shall be stayed for 6 months from the date of this Order at which time the Court shall schedule a status conference at a time convenient for it.

**IT IS SO ORDERED.**

Dated: June 28, 2024

Hon. Jacqueline S. Corley
District Judge for the Northern District of California